98 A.3d 582

IN THE MATTER OF HANY S. BROLLESY, AN ATTORNEY
AT LAW (ATTORNEY NO. 026241994).

September 25, 2014.

## ORDER

This matter having been duly presented, it is ORDERED that **HANY S. BROLLESY** of **MATAWAN,** who was admitted to the bar of this State in 1994, and who was suspended from the practice of law for a period of three months effective June 12, 2014, by Order of this Court filed May 12, 2014, be restored to the practice of law, effective immediately.